Certificate Number: 17572-PAE-DE-036111679

Bankruptcy Case Number: 21-12608



17572-PAE-DE-036111679

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 3, 2021, at 12:53 o'clock AM PDT, Kelvin E Gutierrez completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 3, 2021          By:  /s/Kelly Faulks

Name:  Kelly Faulks

Title:  Counselor